IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER A. NICHOLS, )<br>        Defendant. )<br>) | Case No. 09-7139-JPO-1 |

## **ORDER**

This matter comes before the court on the motion of the defendant, Christopher A. Nichols, to quash the outstanding arrest warrant (**doc. 11**). The government has informed the court that it does not oppose this motion. Accordingly, to preserve judicial and law enforcement resources, defendant's motion to quash the outstanding arrest warrant in this matter is granted. This matter is set for the next scheduled docket beginning on January 12, 2011, at 10:00 a.m.

    IT IS SO ORDERED.

    Dated December 17, 2010, at Kansas City, Kansas.

                                                      s/ James P. O'Hara
                                                      James P. O'Hara
                                                      U.S. Magistrate Judge